# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | JOHN E. & SUSAN ROBINSON |
| Case Number: | 15-24484-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 01, 2018 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/5/18 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#35 - Trustee's Certificate of Default to Dismiss

#42 - Amended Plan Dated 12/20/2017
+ Objection By: Toyota Motor Credit Corporation
R / M #:   42 / 0

**Appearances:**

Debtor: White
Trustee: Winnecour / Pail / (Katz)
Creditor: Wambrodt for Toyota Motor

*[handwritten note:] Temporary reduction of income (off work) for medical issues*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/12/18 at 10:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten notes:]*

Cont. for info concerning term of unemployment - a quantification of loss of income during that period - & whether any supplemental income during that period.

Toyota objects to reduction in interest in Amended plan (dropped for Till in original plan to contract in amended plan), provided however has been 0.9% since original plan confirm. 0.9% was on contract.

1/25/2018 9:07:33AM