# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOHN E. & SUSAN ROBINSON
**Case Number:** 15-24484-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 12, 2018 10:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/12/18 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#35 - Continued Trustee's Certificate of Default to Dismiss

#42 - Continued Confirmation of Plan Dated 12/20/2017 (FC)
R / M #:  35 / 0

### *Appearances:*

**Debtor:** White
**Trustee:** Winnecour / Pail / Katz / (DeSimone)
**Creditor:** Weinbrodt — Toyota ~~transferred 1st federal~~

### *Proceedings:*

**Outcome:** Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4-26-18 at 10:30  A.m.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/6/2018    3:17:46PM