UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN E. ROBINSON and SUSAN ROBINSON
f/k/a SUSAN PLICHTA
    Debtors

:BANKRUPTCY NO. 15-24484-JAD

:CHAPTER 13

U.S. BANK, NATIONAL ASSOCIATION, TRUSTEE
FOR PENNSYLVANIA HOUSING
FINANCE AGENCY
    Movant

DOC. NO. 57

:RELATED TO DOC. NOS. 53 & 56

vs.

JOHN E. ROBINSON, SUSAN ROBINSON f/k/a
SUSAN PLICHTA and RONDA J. WINNECOUR,
Trustee
    Respondents

## CONSENT ORDER

AND NOW, this 4th day of March, 2019, upon consent of counsel, IT IS HEREBY ORDERED that Debtors file an Amended Plan to cure Plan payment arrearages over the remaining term within thirty (30) days from the date of this Order. Movant's post-petition Bankruptcy fees for the filing of this Motion will be limited to $481.00 consisting of legal fees of $300.00 and filing fee of $181.00 and conditioned upon Movant filing the appropriate post-petition fee notice.

BY THE COURT:

FILED
3/4/19 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller
United States Bankruptcy Judge

- 1 -

CONSENTED TO:

/s/Daniel R. White
Daniel R. White, Esquire
Zebley Mehalov & White, P.C.
P.O. Box 78718
18 Mill Street
Uniontown, PA 15401
(724)439-9200
dwhite@Zeblaw.com
Attorney for Debtors
John E. Robinson and Susan
Robinson f/k/a Susan Plichta


/s/Leon P. Haller
Leon P. Haller, Esquire
Purcell, Krug & Haller
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
lhaller@pkh.com
Attorney for Movant, U.S.
Bank National Association
as Trustee for The Pennsylvania
Housing Finance Agency

```
United States Bankruptcy Court
Western District of Pennsylvania
```

In re:                                                                    Case No. 15-24484-JAD
John E. Robinson                                                          Chapter 13
Susan Robinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy                Page 1 of 1           Date Rcvd: Mar 04, 2019
                                Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
```
db/jdb         +John E. Robinson,    Susan Robinson,    96 Chaffee Street,    Uniontown, PA 15401-4649
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esqurie,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
cr             +U.S. Bank, National Association, Trustee for Penns,    211 North Front Street,
                 Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
```
              Daniel R. White    on behalf of Joint Debtor Susan  Robinson dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor John E. Robinson dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Leon P. Haller    on behalf of Creditor    U.S. Bank, National Association, Trustee for
               Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```