IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-24484 JAD |
| | : | |
| John E. Robinson and Susan Robinson | : | Chapter 13 |
| fka Susan Plichta | : | |
| | : | Document No. |
| Debtor/s. | : | |
| | : | |
| John E. Robinson and Susan Robinson | : | |
| fka Susan Plichta | : | |
| | : | |
| Movant/s, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

____    Voluntary Petition *Specify reason for amendment:*

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
____    Summary of Schedules
____    Schedule A/B - Property
____    Schedule C - Property Claimed as Exempt
____    Schedule D - Creditors Holding Secured Claims
            Check one:
                    ____    Creditor(s) added (Submit electronically w/amendment)
                    ____    No creditor(s) added
                    ____    Creditor(s) deleted
____    Schedule E/F - Creditors Holding Unsecured Claims
            Check one:
                    ____    Creditor(s) added (Submit electronically w/amendment)
                    ____    No creditor(s) added
                    ____    Creditor(s) deleted
____    Schedule G - Executory Contracts and Unexpired Leases
            Check one:
                    ____    Creditor(s) added (Submit electronically w/amendment)
                    ____    No creditor(s) added
                    ____    Creditor(s) deleted
____    Schedule H - Codebtors
__**X**__    Schedule I - Current Income of Individual Debtor(s) **(Schedule I amended to reflect new employment/income for Debtors)**
____    Schedule J - Current Expenditures of Individual Debtor(s)
____    Statement of Financial Affairs

____    Chapter 7 Individual Debtor's Statement of Intentions
____    Chapter 11 List of Equity Security Holders
____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
____    Disclosure of Compensation of Attorney for Debtor(s)
____    Other: _____

NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment(s) as follows: **Clerk's Mailing Matrix**

Date: April 5, 2019

                              /s/ Daniel R. White_____
                                    Daniel R. White
                                    PA I.D. No. 78718
                                    Zebley Mehalov & White, P.C.
                                    P. O. Box 2123
                                    Uniontown, PA 15401
                                    Email: dwhite@Zeblaw.com
                                    (724) 439-9200

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **John E. Robinson** |
| Debtor 2 (Spouse, if filing) | **Susan Robinson** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **15-24484 JAD** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | sales | office |
| Include part-time, seasonal, or self-employed work. | Employer's name | Ford Business Machines, Inc | C&C Backhoe Service LLC |
| Occupation may include student or homemaker, if it applies. | Employer's address | 700 Laurel Drive Connellsville, PA 15425 | 1345 W. Penn Blvd. Uniontown, PA 15401 |
| | How long employed there? | 5 months | 6 months |

## Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,700.00 | $ 1,690.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2,700.00 | $ 1,690.00 |

| Debtor 1 | **John E. Robinson** |
|---|---|
| Debtor 2 | **Susan Robinson** |

Case number (*if known*) **15-24484 JAD**

|  |  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ | **2,700.00** | $ **1,690.00** |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ | **555.00** | $ **225.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ | **80.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ | **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ | **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ | **230.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ | **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ | **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ | **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | **865.00** | $ **225.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | **1,835.00** | $ **1,465.00** |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | 8a. | $ | | **0.00** | **0.00** |
| 8b. | **Interest and dividends** 8b. | $ | | **0.00** | **0.00** |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | | | |
|---|---|---|---|---|---|
| | 8c. | $ | **0.00** | $ | **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ | **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ | **0.00** | $ **0.00** |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:

| | | | | | |
|---|---|---|---|---|---|
| | 8f. | $ | **0.00** | $ | **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ | **731.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: Net income from football coach position, pro-rated monthly | 8h.+ | $ | **158.00** + | $ **0.00** |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | **889.00** | $ **0.00** |
|---|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **2,724.00** + $ **1,465.00** = $ **4,189.00** |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12. $ **4,189.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

- ■ No.
- ☐ Yes. Explain: