# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Susan Robinson fka Susan Plichta<br>John E. Robinson<br>　　　　　Debtors<br><br>Toyota Motor Credit Corporation<br>　　　　　Movant<br>　　　v.<br>Susan Robinson fka Susan Plichta<br>John E. Robinson<br>　　　　　Respondents<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | Bankruptcy No. 15-24484-JAD<br><br>Chapter 13<br><br>Doc. No. 72<br><br>Related To Doc. No. 68 |

## ORDER CONTINUING HEARING

AND NOW, this 16th day of August, 2019, upon consideration of the Motion filed by Toyota Motor Credit Corporation, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for August 21, 2019, at 10:00 a.m. is hereby continued to October 16, 2019 at 10:00 a.m. in Courtroom D, Pittsburgh, PA.

By the Court,

Jeffery A. Deller　　　mas
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
　John E. and Susan Robinson
　Daniel R. White, Esquire
　James C. Warmbrodt, Esquire
　Ronda J. Winnecour, Esquire
　Office of United States Truste

FILED
8/16/19 5:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John E. Robinson  
Susan Robinson  
    Debtors

Case No. 15-24484-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Aug 16, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.  
db/jdb        +John E. Robinson,    Susan Robinson,    96 Chaffee Street,    Uniontown, PA 15401-4649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:  
         Daniel R. White    on behalf of Joint Debtor Susan  Robinson zmwchapter13@gmail.com,  
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
         Daniel R. White    on behalf of Debtor John E. Robinson zmwchapter13@gmail.com,  
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
         James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         Leon P. Haller    on behalf of Creditor   U.S. Bank, National Association, Trustee for  
         Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
         Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                 TOTAL: 7