UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JOHN E. & SUSAN ROBINSON
**Case Number:** 15-24484-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, OCTOBER 16, 2019 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay filed by Toyota Motor Credit Corporation
- Response filed by Debtors 8/15/2019 at ECF No. 71 [Due 8/15/2019]
- Order Entered 8/16/2019 Cancelling/Continuing Hearing To 10/16/2019
- CERTIFICATION OF COUNSEL Filed 10/15/2019 at ECF No. 76

R / M #:  68 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / PAIL / KATZ / DESIMONE
DEBTORS:  DANIEL R. WHITE, ESQUIRE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for TOYOTA MOTOR CREDIT CORP.

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ✓ To Hearing Date Of 12-11-2019 at ___ AM/PM at
    _____
    ___ To Conciliation Conference For _____ at
    ___ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

**- Modified Order entered 10/16/2019 Approving Stipulation**
**- Hearing Re: R/S Continued To 12/11/2019**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
10/16/19 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA