IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Susan Robinson fka Susan Plichta<br>John E. Robinson<br>    Debtors<br><br>Toyota Motor Credit Corporation<br>    Movant<br>   v.<br>Susan Robinson fka Susan Plichta<br>John E. Robinson<br>    Respondents<br>   and<br>Ronda J. Winnecour, Trustee<br>    Additional Respondent | Bankruptcy No. 15-24484-JAD<br><br>Chapter 13<br><br>Doc. No. 76<br><br>Related to Doc. Nos. 68, 71 |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Toyota has filed a motion for relief from stay due to delinquent loan payments on a 2014 Toyota RAV4. (Doc. 68);

WHEREAS, Debtors have filed a response to the motion for relief from stay alleging a recent change in Debtors' financial circumstances that will allow the Debtors to bring current their plan payments and their payments to Movant. (Doc. 71);

WHEREAS, Debtors have made substantial payments to Movant during their Chapter 13 case and wish to retain the vehicle that serves as collateral for Movant's loan;

WHEREAS, John E. Robinson has returned to gainful employment;

WHEREAS, Debtors need to amend their Chapter 13 plan to increase their plan payment to provide for payment to their creditors, including Movant.

It is therefore Stipulated and agreed as follows:

1. Debtors shall file an amended Schedule I and an amended Chapter 13 Plan within 30 days.

2. Hearing on Movant's Motion for Relief from the Automatic Stay IS CONTINUED to **Wednesday, December 11, 2019**, at **10:00 AM** in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**.

Consented to by:

*/s/ Daniel R. White, Esquire*
Daniel R. White, Esquire
Zebley, Mehalov & White, P.C.
Attorney for Debtors
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
Phone: 724-439-9200
dwhite@zeblaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

10-16-2019

Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/16/19 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John E. Robinson  
Susan Robinson  
      Debtors

Case No. 15-24484-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Oct 16, 2019  
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.  
db/jdb       +John E. Robinson,    Susan Robinson,    96 Chaffee Street,    Uniontown, PA 15401-4649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:  
       Daniel R. White    on behalf of Joint Debtor Susan  Robinson zmwchapter13@gmail.com,  
        gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
       Daniel R. White    on behalf of Debtor John E. Robinson zmwchapter13@gmail.com,  
        gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
       James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       Leon P. Haller    on behalf of Creditor    U.S. Bank, National Association, Trustee for  
        Pennsylvania Housing Finance Agency lhaller@pkh.com,  
        dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
       Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
        dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                            TOTAL: 7