# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** JOHN E. & SUSAN ROBINSON
**Case Number:** 15-24484-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, DECEMBER 11, 2019 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

### Matter:

Continued - Motion For Relief From The Automatic Stay filed by Toyota Motor Credit Corporation
- Response filed by Debtors 8/15/2019 at ECF No. 71  [Due 8/15/2019]
- Order Entered 8/16/2019 Cancelling/Continuing Hearing To 10/16/2019
- CERTIFICATION OF COUNSEL Filed 10/15/2019 at ECF No. 76
- Hearing Held 10/16/2019 - Hearing Continued via Stipulation To 12/11/2019

R / M #:   68 / 0

### Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / PAIL / KATZ / DESIMONE
DEBTORS:  DANIEL R. WHITE, ESQUIRE  /Girtr/
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for TOYOTA MOTOR CREDIT CORP.

### Proceedings:

____ Motion is GRANTED  /  DENIED
____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  45  Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at _____ AM/PM at _____
    ____ To Conciliation Conference For _____ at _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order -  NONJURY  /  JURY
    ____ Simple / Pretrial Order - NONJURY  /  JURY
    ____ Parties To Undertake Discovery - Discovery Period:  _____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Text Order to be issued continuing hearing for at least 45 days**

FILED
12/12/19 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge