**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/20/2020

IN RE:

JOHN E. ROBINSON
SUSAN ROBINSON
96 CHAFFEE STREET
UNIONTOWN, PA  15401
XXX-XX-5479         Debtor(s)

XXX-XX-6991

Case No.15-24484 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/20/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **US BANK NA TRUSTEE FOR PHFA**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: 1207216*CL24GOV W/PMT CHANGES* | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 7216 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 2   INT %: 5.25%<br>Court Claim Number: 1<br>CLAIM: 28,117.60<br>COMMENT: RS/STIP OE~STAYED*$/CL-PL@5.25%/PL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4285 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number: 3   INT %: 4.99%<br>Court Claim Number: 2<br>CLAIM: 17,025.00<br>COMMENT: 19393.53@4.99%/PL*W/47 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4067 |
| **ROSHANNA ROBINSON**<br>825 POTTAWATOMIE AVE<br>MANHATTAN, KS 66502 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/JSP*NT PROV/PL*NO$/SCH | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: 1908 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,074.67<br>COMMENT: BON-TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3798 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,304.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1026 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 170.85<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2147 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 673.43<br>COMMENT: SONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8403 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,198.88<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5908 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 3,172.49<br>COMMENT: SANTANDER/FINGERHUT/METABANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2048 |

| Creditor | Claim Info | Details |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 619.23<br>COMMENT: FIRST PREMIER/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8728 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 512.84<br>COMMENT: FIRST PREMIER/SCH*PREMIER BANKCARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7885 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 683.25<br>COMMENT: FIRST PREMIER/SCH*PREMIER BANKCARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6151 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 967.67<br>COMMENT: JCP/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1150 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 723.41<br>COMMENT: JCP/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5662 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 360.36<br>COMMENT: LOWE'S/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2275 |
| **ARMY & AIR FORCE EXCHANGE SVCS**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUSCON, AZ 85712 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 7,504.97<br>COMMENT: MILITARY STAR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7023 |
| **ARMY & AIR FORCE EXCHANGE SVCS**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUSCON, AZ 85712 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 3,636.32<br>COMMENT: MILITARY STAR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1417 |
| **ORTHOPEDIC GROUP**<br>800 PLAZA DR<br>STE 240<br>BELLE VERNON, PA 15012 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6914 |
| **ROTECH HEALTHCARE INC**<br>POB 3112<br>SOUTHEASTERN, PA 19398-3112 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee / Court Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  2,977.91<br>COMMENT:  CITIBANK/SEARS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6185 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  9,701.74<br>COMMENT:  CITIBANK/SEARS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8947 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  1,429.18<br>COMMENT:  SEARS/CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6235 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SLATE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4649 |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN AND RILEY PS<br>POB 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  1,332.53<br>COMMENT:  9927~TARGET NB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2790 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  1,720.19<br>COMMENT:  WAL MART/SCH*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4131 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  819.62<br>COMMENT:  WAL MART/SCH*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2516 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  2,177.63<br>COMMENT:  ZALES/CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1545 |
| **ADVANCED CALL CENTER TECHNOLOGIES LLC**<br>POB 9091<br><br>JOHNSON CITY, TN  37615 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  1150 |

| CLAIM RECORDS | | |
|---|---|---|
| **ALLIANCE ONE RECEIVABLES MGMNT**<br>4850 STREET RD STE 300<br><br>TREVOSE, PA 19053 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9351 |
| **ALLIANCE ONE RECEIVABLES MGMNT**<br>4850 STREET RD STE 300<br><br>TREVOSE, PA 19053 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0896 |
| **ALLIED INTERSTATE++**<br>POB 4000<br><br>WARRENTON, VA 20188 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9580 |
| **ALLIED INTERSTATE++**<br>POB 4000<br><br>WARRENTON, VA 20188 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1631 |
| **ASSOCIATED RECOVERY SYSTEMS**<br>POB 469046<br><br>ESCONDIDO, CA 92046 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5292 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br><br>ST CHARLES, MO 63301-4047 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4321 |
| **EGS FINANCIAL CARE++**<br>507 PRUDENTIAL DR<br><br>HORSHAM, PA 19044 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0016 |
| **EGS FINANCIAL CARE++**<br>507 PRUDENTIAL DR<br><br>HORSHAM, PA 19044 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4580 |
| **FIRSTSOURCE ADVANTAGE, LLC**<br>205 BRYANT WOODS SOUTH<br><br>BUFFALO, NY 14228 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4051 |
| **MONARCH RECOVERY MANAGEMENT++**<br>10965 DECATUR RD<br><br>PHILADELPHIA, PA 19154-3210 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8224 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MONTGOMERY LYNCH & ASSOC++**<br>POB 21369<br>CLEVELAND, OH 44121-0369 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2620 |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6419 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA 23541-1067 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6235 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8312 |
| **UNITED RECOVERY SYSTEMS LP***<br>5800 NORTH COURSE DR<br>HOUSTON, TX 77072 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1333 |
| **UNITED RECOVERY SYSTEMS LP***<br>5800 NORTH COURSE DR<br>HOUSTON, TX 77072 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8345 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,368.53<br>COMMENT: NO GEN UNS/SCH*W/3 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4067 |
| **US BANK NA TRUSTEE FOR PHFA****<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 1,512.16<br>COMMENT: 1207216*CL24GOV*$/CL-PL*THRU 11/15 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7216 |
| **US BANK NA TRUSTEE FOR PHFA****<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 481.00<br>COMMENT: $/COE-PL*NTC POSTPET FEE/EXP*REF CL*W/48*DK | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7216 |