FILED
2/3/23 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 15-24484-JAD |
| John E. Robinson | Chapter 13 |
| Susan Robinson | |
|     Debtor(s) | Related to ECF No. 109 |
| Ronda J. Winnecour, Chapter 13 Trustee | |
|     Movant(s) | |
| vs. | |
| John E. Robinson | |
| Susan Robinson | |
|     Respondent(s) | |

NOTICE OF ZOOM HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Hearing** on the Trustee's motion will be held on **March 1, 2023, at 10:00 a.m. before Judge Jeffery A. Deller.** Parties wishing to appear by Zoom shall make arrangements as directed by Judge Jeffery A. Deller's Zoom Procedures at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **February 22, 2023.**

| | |
|---|---|
| 2/2/2023 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John E. Robinson  
Susan Robinson  
    Debtors

Case No. 15-24484-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Feb 03, 2023     Form ID: pdf900     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Robinson, Susan Robinson, 96 Chaffee Street, Uniontown, PA 15401-4649 |
| cr | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esqurie, 1719 North Front Street, Harrisburg, PA 17102-2305 |
| cr | + | U.S. Bank, National Association, Trustee for Penns, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14149044 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14149043 | + | Allied Interstate, P.O. Box 361598, Columbus, OH 43236-1598 |
| 14149057 | | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14149062 | + | Rotech Healthcare, Inc., P.O. Box 1259, Dept. 114164, Oaks, PA 19456-1259 |
| 14149064 | | Sears Mastercard, P.O. Box 7282, Sioux Falls, SD 57117-6282 |
| 14149058 | | The Orthopedic Group, P.C., 800 Plaza Drive--Suite 240, Belle Vernon, PA 15012-4033 |
| 14219239 | + | U.S. Bank National Association, Trustee for, Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14149068 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14149073 | + | Wells Fargo Dealer Svcs. BK Department, P.O. Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14149045 | | Email/Text: legal@arsnational.com | Feb 03 2023 23:47:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14149041 | ^ | MEBN | Feb 03 2023 23:43:49 | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 14149042 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 03 2023 23:47:00 | Alliance One Receivables Management, 4850 Street Road--Suite 300, Trevose, PA 19053-6600 |
| 14210639 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 03 2023 23:47:00 | Army & Air Force Exchange Services, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14149046 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2023 23:47:00 | Bon Ton/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14149047 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2023 23:53:07 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14159559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2023 23:53:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159558 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2023 23:53:11 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14149048 | + | Email/Text: mediamanagers@clientservices.com | Feb 03 2023 23:47:00 | Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 14149049 | + | Email/Text: egssupportservices@alorica.com | Feb 03 2023 23:47:00 | EGS Financial Care, Inc., P.O. Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 14149050 | | Email/Text: bnc-bluestem@quantum3group.com | | |

Case 15-24484-JAD  Doc 111  Filed 02/05/23  Entered 02/06/23 00:21:56  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14149051 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 03 2023 23:47:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14149052 | + | Email/Text: crdept@na.firstsource.com | Feb 03 2023 23:53:15 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14149053 | | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2023 23:47:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14149065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 03 2023 23:53:11 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14214359 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2023 23:53:11 | Slate/Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| | | | Feb 03 2023 23:53:07 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14149054 | | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2023 23:53:12 | Lowe's/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14149056 | | Email/Text: compliance@monarchrm.com | Feb 03 2023 23:47:00 | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 14187140 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2023 23:47:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14149055 | | Email/Text: BankruptcyNotices@aafes.com | Feb 03 2023 23:47:00 | Military Star, Exchange Credit Program, P.O. Box 650410, Dallas, TX 75265-0410 |
| 14149059 | | Email/Text: bankruptcies@penncredit.com | Feb 03 2023 23:47:00 | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14149061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2023 23:53:15 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 14174026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2023 23:53:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14149060 | + | Email/Text: blegal@phfa.org | Feb 03 2023 23:47:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14172318 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 03 2023 23:47:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14177815 | | Email/Text: bnc-quantum@quantum3group.com | Feb 03 2023 23:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14149063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2023 23:53:12 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14172288 | + | Email/Text: bncmail@w-legal.com | Feb 03 2023 23:47:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14149067 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 03 2023 23:47:00 | Toyota Financial Services, Asset Protection Department, P.O. Box 2958, Torrance, CA 90509-2958 |
| 14149066 | | Email/Text: bncmail@w-legal.com | Feb 03 2023 23:47:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14154319 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 03 2023 23:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14149069 | + | Email/Text: BAN5620@UCBINC.COM | Feb 03 2023 23:47:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard--Suite 206, Toledo, OH 43614-1501 |
| 14149071 | | Email/Text: bnc@alltran.com | Feb 03 2023 23:47:00 | United Recovery Systems, Inc., P.O. Box 722910, Houston, TX 77272-2910 |
| 14149070 | | Email/Text: bnc@alltran.com | Feb 03 2023 23:47:00 | United Recovery Systems, Inc., P.O. Box 722929, |

Case 15-24484-JAD  Doc 111  Filed 02/05/23  Entered 02/06/23 00:21:56  Desc
Imaged Certificate of Notice  Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 03, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14149072 | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2023 23:53:15 | | Houston, TX 77272-2929 |
| | | | | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14158605 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 03 2023 23:53:11 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14149074 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2023 23:53:12 | | Zales Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Toyota Motor Credit Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2023           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Susan Robinson lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor John E. Robinson lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Leon P. Haller | on behalf of Creditor U.S. Bank National Association, Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com, khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7