File No.: 5518-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-24484 JAD |
| | : | |
| John E. Robinson and Susan Robinson, | : | Chapter 13 |
| | : | |
| Debtors, | : | Document No. |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | Related to Document No. |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| John E. Robinson and Susan Robinson, | : | |
| | : | |
| Respondents. | | |

CERTIFICATE OF SERVICE OF DEBTORS' RESPONSE TO
TRUSTEE'S MOTION TO DISMISS CASE

I hereby certify that a copy of the Debtors' Response to Trustee's Motion to Dismiss Case was served upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail.

Method of service: first class, postage prepaid.
Total number of parties served: 1
Number of pages sent per party: 2
Date executed: February 9, 2023

        ZEBLEY MEHALOV & WHITE, P.C.

        By /s/ Daniel R. White
            Daniel R. White
            Pa. ID No. 78718
            P.O. Box 2123
            Uniontown, PA 15401
            Telephone: 724-439-9200
            Email: dwhite@Zeblaw.com
            Attorney for Debtors