**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John E. Robinson**
**Susan Robinson**
**fka Susan Plichta**
   Debtor(s)

Bankruptcy Case No.: 15−24484−JAD

Chapter: 13
Docket No.: 124 − 123

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/21/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

                                                                     Jeffery A. Deller
                                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John E. Robinson  
Susan Robinson  
    Debtors

Case No. 15-24484-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Apr 26, 2023     Form ID: 408     Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Robinson, Susan Robinson, 96 Chaffee Street, Uniontown, PA 15401-4649 |
| cr | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esqurie, 1719 North Front Street, Harrisburg, PA 17102-2305 |
| cr | + | U.S. Bank, National Association, Trustee for Penns, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14149043 | + | Allied Interstate, P.O. Box 361598, Columbus, OH 43236-1598 |
| 14149044 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14149057 | | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14149062 | + | Rotech Healthcare, Inc., P.O. Box 1259, Dept. 114164, Oaks, PA 19456-1259 |
| 14149064 | | Sears Mastercard, P.O. Box 7282, Sioux Falls, SD 57117-6282 |
| 14149058 | | The Orthopedic Group, P.C., 800 Plaza Drive--Suite 240, Belle Vernon, PA 15012-4033 |
| 14219239 | + | U.S. Bank National Association, Trustee for, Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14149068 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14149073 | + | Wells Fargo Dealer Svcs. BK Department, P.O. Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14149045 | | Email/Text: legal@arsnational.com | Apr 26 2023 23:49:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14149041 | ^ | MEBN | Apr 26 2023 23:47:48 | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 14149042 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 26 2023 23:49:00 | Alliance One Receivables Management, 4850 Street Road--Suite 300, Trevose, PA 19053-6600 |
| 14210639 | + | Email/Text: BankruptcyNotices@aafes.com | Apr 26 2023 23:49:00 | Army & Air Force Exchange Services, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14149046 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:50:00 | Bon Ton/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14149047 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:17 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14159559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:40 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159558 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:33 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14149048 | + | Email/Text: mediamanagers@clientservices.com | Apr 26 2023 23:49:00 | Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 14149049 | + | Email/Text: egssupportservices@alorica.com | Apr 26 2023 23:50:00 | EGS Financial Care, Inc., P.O. Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 14149050 | | Email/Text: bnc-bluestem@quantum3group.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14149051 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2023 23:50:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14149052 | + | Email/Text: crdept@na.firstsource.com | Apr 26 2023 23:56:20 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14149053 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:50:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14149065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:33 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14214359 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:14 | Slate/Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| | | | Apr 26 2023 23:56:08 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14149054 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:18 | Lowe's/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14149056 | | Email/Text: compliance@monarchrm.com | Apr 26 2023 23:49:00 | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 14187140 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14149055 | | Email/Text: BankruptcyNotices@aafes.com | Apr 26 2023 23:49:00 | Military Star, Exchange Credit Program, P.O. Box 650410, Dallas, TX 75265-0410 |
| 14149059 | | Email/Text: bankruptcies@penncredit.com | Apr 26 2023 23:49:00 | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14149061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:20 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 14174026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14149060 | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14172318 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2023 23:50:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14177815 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14149063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:26 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14172288 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:50:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14149067 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 26 2023 23:49:00 | Toyota Financial Services, Asset Protection Department, P.O. Box 2958, Torrance, CA 90509-2958 |
| 14149066 | | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:49:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14154319 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 26 2023 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14149069 | + | Email/Text: BAN5620@UCBINC.COM | Apr 26 2023 23:49:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard--Suite 206, Toledo, OH 43614-1501 |
| 14149071 | | Email/Text: bnc@alltran.com | Apr 26 2023 23:49:00 | United Recovery Systems, Inc., P.O. Box 722910, Houston, TX 77272-2910 |
| 14149070 | | Email/Text: bnc@alltran.com | Apr 26 2023 23:49:00 | United Recovery Systems, Inc., P.O. Box 722929, |

Case 15-24484-JAD    Doc 126    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 49 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14149072 | Email/PDF: gecsedi@recoverycorp.com | | | Houston, TX 77272-2929 |
| | | | Apr 26 2023 23:56:32 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14158605 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Apr 26 2023 23:56:18 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14149074 | Email/PDF: Citi.BNC.Correspondence@citi.com | | Apr 27 2023 00:08:37 | Zales Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Susan Robinson lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor John E. Robinson lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Leon P. Haller | on behalf of Creditor U.S. Bank National Association, Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com, khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7