**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN E. ROBINSON<br>SUSAN ROBINSON<br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-24484 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/09/2015 and confirmed on 2/2/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 117,015.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,015.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,926.80 | |
|    Trustee Fee | 5,325.09 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,251.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA TRUSTEE FOR PHFA** | 0.00 | 45,897.02 | 0.00 | 45,897.02 |
|     Acct: 7216 | | | | |
|   US BANK NA TRUSTEE FOR PHFA** | 1,512.16 | 1,512.16 | 0.00 | 1,512.16 |
|     Acct: 7216 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 28,117.60 | 28,117.60 | 3,728.31 | 31,845.91 |
|     Acct: 4285 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 17,025.00 | 17,025.00 | 1,289.00 | 18,314.00 |
|     Acct: 4067 | | | | |
| | | | | 97,569.09 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 5,926.80 | 5,926.80 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/23 | | | | |
|   ROSHANNA ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1908 | | | | |
|   US BANK NA TRUSTEE FOR PHFA** | 481.00 | 481.00 | 0.00 | 481.00 |
|     Acct: 7216 | | | | |
| | | | | 481.00 |
| **Unsecured** | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 1,074.67 | 107.47 | 0.00 | 107.47 |
|     Acct: 3798 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,304.49 | 330.45 | 0.00 | 330.45 |
|     Acct: 1026 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 170.85 | 17.09 | 0.00 | 17.09 |
|     Acct: 2147 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 673.43 | 67.34 | 0.00 | 67.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8403 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,198.88 | 119.89 | 0.00 | 119.89 |
| Acct: 5908 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 3,172.49 | 317.25 | 0.00 | 317.25 |
| Acct: 2048 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 619.23 | 61.92 | 0.00 | 61.92 |
| Acct: 8728 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 512.84 | 51.28 | 0.00 | 51.28 |
| Acct: 7885 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 683.25 | 68.33 | 0.00 | 68.33 |
| Acct: 6151 | | | | |
| MIDLAND FUNDING LLC | 967.67 | 96.77 | 0.00 | 96.77 |
| Acct: 1150 | | | | |
| MIDLAND FUNDING LLC | 723.41 | 72.34 | 0.00 | 72.34 |
| Acct: 5662 | | | | |
| MIDLAND FUNDING LLC | 360.36 | 36.04 | 0.00 | 36.04 |
| Acct: 2275 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 7,504.97 | 750.50 | 0.00 | 750.50 |
| Acct: 7023 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 3,636.32 | 363.63 | 0.00 | 363.63 |
| Acct: 1417 | | | | |
| ORTHOPEDIC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6914 | | | | |
| ROTECH HEALTHCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,977.91 | 297.79 | 0.00 | 297.79 |
| Acct: 6185 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 9,701.74 | 970.17 | 0.00 | 970.17 |
| Acct: 8947 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,429.18 | 142.92 | 0.00 | 142.92 |
| Acct: 6235 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4649 | | | | |
| TARGET NATIONAL BANK | 1,332.53 | 133.25 | 0.00 | 133.25 |
| Acct: 2790 | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,720.19 | 172.02 | 0.00 | 172.02 |
| Acct: 4131 | | | | |
| MIDLAND FUNDING LLC | 819.62 | 81.96 | 0.00 | 81.96 |
| Acct: 2516 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,177.63 | 217.76 | 0.00 | 217.76 |
| Acct: 1545 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 2,368.53 | 236.85 | 0.00 | 236.85 |
| Acct: 4067 | | | | |
| ADVANCED CALL CENTER TECHNOLOGIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1150 | | | | |
| ALLIANCE ONE RECEIVABLES MGMNT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9351 | | | | |
| ALLIANCE ONE RECEIVABLES MGMNT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0896 | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9580 | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1631 | | | | |
| ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5292 | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4321 | | | | |
| EGS FINANCIAL CARE++ | 0.00 | 0.00 | 0.00 | 0.00 |

15-24484 JAD                                                                                           Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0016 | | | | |
| | EGS FINANCIAL CARE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4580 | | | | |
| | FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4051 | | | | |
| | MONARCH RECOVERY MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8224 | | | | |
| | MONTGOMERY LYNCH & ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2620 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6419 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6235 | | | | |
| | UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8312 | | | | |
| | UNITED RECOVERY SYSTEMS LP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1333 | | | | |
| | UNITED RECOVERY SYSTEMS LP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8345 | | | | |
| | | | | | 4,713.02 |

TOTAL PAID TO CREDITORS                                                                        102,763.11

TOTAL CLAIMED
PRIORITY           481.00
SECURED         46,654.76
UNSECURED       47,130.19


Date: 04/25/2023                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN E. ROBINSON
SUSAN ROBINSON
       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:15-24484 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-24484-JAD
John E. Robinson     Chapter 13
Susan Robinson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 26, 2023     Form ID: pdf900     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Robinson, Susan Robinson, 96 Chaffee Street, Uniontown, PA 15401-4649 |
| cr | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esqurie, 1719 North Front Street, Harrisburg, PA 17102-2305 |
| cr | + | U.S. Bank, National Association, Trustee for Penns, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14149043 | + | Allied Interstate, P.O. Box 361598, Columbus, OH 43236-1598 |
| 14149044 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14149057 | | Montgomery Lynch & Associates, Inc., P.O. Box 22720, Beachwood, OH 44122-0720 |
| 14149062 | + | Rotech Healthcare, Inc., P.O. Box 1259, Dept. 114164, Oaks, PA 19456-1259 |
| 14149064 | | Sears Mastercard, P.O. Box 7282, Sioux Falls, SD 57117-6282 |
| 14149058 | | The Orthopedic Group, P.C., 800 Plaza Drive--Suite 240, Belle Vernon, PA 15012-4033 |
| 14219239 | + | U.S. Bank National Association, Trustee for, Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14149068 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14149073 | + | Wells Fargo Dealer Svcs. BK Department, P.O. Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14149045 | | Email/Text: legal@arsnational.com | Apr 26 2023 23:49:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14149041 | ^ | MEBN | Apr 26 2023 23:47:50 | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 14149042 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 26 2023 23:49:00 | Alliance One Receivables Management, 4850 Street Road--Suite 300, Trevose, PA 19053-6600 |
| 14210639 | + | Email/Text: BankruptcyNotices@aafes.com | Apr 26 2023 23:49:00 | Army & Air Force Exchange Services, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14149046 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:50:00 | Bon Ton/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14149047 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:32 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14159559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159558 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:40 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14149048 | + | Email/Text: mediamanagers@clientservices.com | Apr 26 2023 23:49:00 | Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 14149049 | + | Email/Text: egssupportservices@alorica.com | Apr 26 2023 23:50:00 | EGS Financial Care, Inc., P.O. Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 14149050 | | Email/Text: bnc-bluestem@quantum3group.com | | |

Case 15-24484-JAD   Doc 127   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14149051 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2023 23:50:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14149052 | + | Email/Text: crdept@na.firstsource.com | Apr 26 2023 23:56:20 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14149053 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:50:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14149065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:55:38 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14214359 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:55:32 | Slate/Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| | | | Apr 26 2023 23:56:05 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14149054 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:17 | Lowe's/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14149056 | | Email/Text: compliance@monarchrm.com | Apr 26 2023 23:49:00 | Monarch Recovery Management, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 14187140 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14149055 | | Email/Text: BankruptcyNotices@aafes.com | Apr 26 2023 23:49:00 | Military Star, Exchange Credit Program, P.O. Box 650410, Dallas, TX 75265-0410 |
| 14149059 | | Email/Text: bankruptcies@penncredit.com | Apr 26 2023 23:49:00 | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14149061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:55:50 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 14174026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14149060 | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14172318 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2023 23:50:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14177815 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14149063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:26 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14172288 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:50:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14149067 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 26 2023 23:49:00 | Toyota Financial Services, Asset Protection Department, P.O. Box 2958, Torrance, CA 90509-2958 |
| 14149066 | | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:49:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14154319 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 26 2023 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14149069 | + | Email/Text: BAN5620@UCBINC.COM | Apr 26 2023 23:49:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard--Suite 206, Toledo, OH 43614-1501 |
| 14149071 | | Email/Text: bnc@alltran.com | Apr 26 2023 23:49:00 | United Recovery Systems, Inc., P.O. Box 722910, Houston, TX 77272-2910 |
| 14149070 | | Email/Text: bnc@alltran.com | Apr 26 2023 23:49:00 | United Recovery Systems, Inc., P.O. Box 722929, |

Case 15-24484-JAD   Doc 127   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc
Imaged Certificate of Notice   Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| 14149072 | Email/PDF: gecsedi@recoverycorp.com | | Houston, TX 77272-2929 |
|---|---|---|---|
| | | Apr 26 2023 23:55:36 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14158605 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2023 23:56:18 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14149074 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:09:05 | Zales Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 28, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Susan Robinson lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor John E. Robinson lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Leon P. Haller | on behalf of Creditor U.S. Bank National Association, Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com, khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7